IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| KYLE HAMILTON BATEMAN | ) | |
| | ) | |
| v. | ) | 3:05-CV-1400-P |
| | ) | |
| MARK E. WEWERS, ET AL | ) | |

## ORDER

After making the review required by 28 U.S.C. § 636(b), the Court finds that the Findings, Conclusions and Recommendation of the Magistrate Judge are correct, and they are adopted as the findings and conclusions of the Court.

IT IS FURTHER ORDERED that Plaintiff's motions to amend the complaint (docket # 4, 7 and 8) is denied and that Plaintiff's motion for leave to file exhibits (docket #9) is granted.

Signed this 22nd day of February 2006.

_____
JORGE A. SOLIS
UNITED STATES DISTRICT JUDGE